# IN THE SUPREME COURT OF THE STATE OF DELAWARE

SALLY HENDRIX,[*]

    Petitioner Below,
    Appellant,

v.

DIVISION OF FAMILY
SERVICES,

    Respondent,
    Appellee.

§
§
§
§
§
§
§
§
§
§
§
§
§
§

No. 516, 2014

Court Below—Family Court of
the State of Delaware in and for
Sussex County

File No. CS06-03295
Pet. Nos. 13-16839 & 13-17566

Submitted: April 10, 2015
Decided: April 28, 2015

Before **STRINE**, Chief Justice, **VALIHURA** and **VAUGHN**, Justices.

## ORDER

This 28th day of April 2015, having carefully considered the appellant's opening brief, the appellee's motion to affirm, and the record on appeal, we conclude that the Family Court's judgment should be affirmed on the basis of the court's well-reasoned Order of August 19, 2014.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED. The judgment of the Family Court is AFFIRMED.

BY THE COURT:

_____
Justice

---

[*] By Order dated September 16, 2014, this Court assigned a pseudonym to the appellant. Del. Supr. Ct. R. 7(d).